IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     **Plaintiff,**

                                              Civil Action No. 16-00545-KD-N

v.

APPROXIMATELY $299,873.70 SEIZED
FROM A BANK OF AMERICA ACCOUNT,
et al.,

     **Defendants.**

## DEFAULT JUDGMENT OF FORFEITURE

This action comes before the Court upon the United States' Motion, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for entry of a Default Judgment of Forfeiture for the $149,759.17 in U.S. Currency (Defendant Funds).

The United States filed a verified complaint for civil forfeiture against the Defendant Funds pursuant to Title 18, United States Code, Section 981(a)(1)(A), which subjects to civil forfeiture any property, real or personal, involved in a transaction or attempted transaction in violation of Title 18, United States Code, Section 1956 (regarding the laundering of monetary instruments) and any property traceable to such property. Doc. 1. The Defendant Funds are currently in the custody of Customs and Border Protection. Doc. 19.

Beginning on November 10, 2016, through and including December 9, 2016, the United States published notice of the present action on its official website,

www.forfeiture.gov, as required by Supplemental Rule G(4)(a)(i) & (iv)(C) of the Federal Rules of Civil Procedure. Doc. 36.

On or about November 8, 2016, the United States sent notice of this forfeiture action to Guodong Gao, the listed account holder and only known potential claimant to the Defendant Funds, through the office of his attorney, Mark Bartlett, Esq., via certified mail, in accordance with the requirements of Rule G(4)(b). Doc. 143-1, p.2.

The Notice of Forfeiture advised that, in order to contest the United States' civil forfeiture complaint, a claimant was required to file a claim no later than 35 days after the date the notice was sent, and file an answer no later than 21 days after filing a claim. Doc. 143-1, pp.2-3.   No one has filed a claim, or has otherwise appeared to contest the forfeiture, and the time to do so has expired.

On August 6, 2018, the United States filed a Motion for Clerk's Entry of Default against the Defendant Funds listed above and Guodong Gao. Doc. 143. On August 14, 2018, the Clerk entered the requested Default against the Defendant Funds and Guodong Gao. Doc. 146.

The factual allegations of the United States' verified complaint are now deemed admitted concerning the Defendant Funds.   *See Giovanno v. Fabec,* 804 F.3d 1361, 1366 (11th Cir. 2015); *Grant v. Pottinger-Gibson*, 725 Fed. Appx. 772, 774 (11th Cir. 2018); and *United States v. Approximately $66,470*, Case No: 6:17-cv-2042-Orl-28KRS, 2018 WL 1525957, *2 (M.D. Fla. Mar. 13, 2018), *adopted and confirmed*, 2018 WL 1524401, *1 (Mar. 28, 2018).   Those factual allegations support a reasonable belief that the United

States would be able to meet its burden of proof at trial as to the Defendant Funds under 18 U.S.C. § 983(c).

It is accordingly, hereby:

ORDERED, ADJUDGED and DECREED that the United States' motion is GRANTED,

It is FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 55(b)(2), judgment of default is hereby entered against the Defendant Funds and Guodong Gao.   Any further claims or statements of interest are time-barred.

It is FURTHER ORDERED that all right, title, and interest in the Defendant Funds is hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A) and Federal Rule of Civil Procedure 55(b)(2), and clear title to the Defendant Funds is vested in the United States of America for disposition according to law.

DONE and ORDERED in Mobile, Alabama, this 23rd day of October 2018.


 s/ Kristi K. DuBose
KRISTI DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE

3