IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                                        Civil Action No.: 16-00545-KD-N

**APPROXIMATELY $299,873.70
SEIZED FROM A BANK OF
AMERICA ACCOUNT, et al,**

      Defendants.

## NOTICE OF INTENT TO USE EVIDENCE

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and, pursuant to Rule 902(11), Federal Rules of Evidence, hereby provides notice of intent to offer the following domestic records that meet the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian of records:

1. Records for East West Bank account ending in the number **8106,** held by an individual identified as **M.J.**;

2. Records for East West Bank account ending in the number **9203,** held by an individual identified as **Q.X.**;

3. Records for East West Bank account ending in the number **4841,** held by an individual identified as **M.Y.**;

4. Records for East West Bank account ending in the number **4809,** held by an individual identified as **Q.Z.**;

5. Records for East West Bank account ending in the number **4817,** held by an individual identified as **W.H.**;

6. Records for East West Bank account ending in the number **8131,** held by an individual identified as **X.Z.**;

7. Records for East West Bank account ending in the number **8289,** held by an individual identified as **H.C.**;

8. Records for East West Bank account ending in the number **2471,** held by an individual identified as **Z.D.**;

9. Records for Bank of America account ending in the number **5300**, held by an individual identified as **L.Z.**;

10. Records for J.P. Morgan Chase accounts ending in the numbers **2200** and **3310,** held by an individual identified as **Y.Q.**;

11. Records for J.P. Morgan Chase account ending in the number **3506,** held by an individual identified as **J.W.**;

12. Records for J.P. Morgan Chase account ending in the number **0350,** held by an individual identified as **L.G.**;

13. Records for J.P. Morgan Chase account ending in the numbers **5906** and **3706,** held by an individual identified as **J.D.**;

Copies of the records and certifications have been made available to counsel for the claimants.[1]

Respectfully Submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: */s/ Daryl A. Atchison*
Daryl A. Atchison
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

---

[1] Additional records are being obtained via subpoena as to the J.P. Morgan Chase accounts held Y.Q. and J.D. These records and accompanying certifications will be made available to claimant counsel upon their receipt by the United States.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which will electronically notify all counsel of record.

                                         */s/ Daryl A. Atchison*
                                         Assistant United States Attorney