IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 16-00545-KD-N |
| | ) | |
| APPROXIMATELY $299,873.70 seized | ) | |
| from a Bank of America Account, ending | ) | |
| in the number 5538 held by an individual | ) | |
| identified as P.Q., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The United States filed five motions in limine (docs. 216, 217, 218, 219, and 220). Claimants Qiang Xu, Shao Ling, and Yonghong Qiu filed a response to motions in limine # 1 and 3 (docs. 225, 226). Claimants Wei Hong, Ze Dai, Quinlong Zhai, Zhang Xindong, Hongtu Chen, Linlin Guo, Jinmei Dong, and Jiandong Wang filed a response to motion in limine #1 (doc. 223). Claimants Ze Dai, Linlin Guo, Xindong Zhang, and Jiandong Wang filed a response to motion in limine # 2 (doc. 224) and Claimant Ling Shao adopted their response (doc. 227).

Upon consideration, and for reasons more specifically set forth on the record, the Court makes the following rulings on the United States' motions in limine:

1) The motion in limine to preclude hearsay statements of non-testifying co-conspirators (doc. 216) is **denied at this time**. The Court may revisit the issue of admissibility when the statements are offered at trial.

2) The motion in limine to preclude comments regarding Claimants' absence from trial, or in the alternative to allow rebuttal (doc. 217) is **granted in part**. The absent Claimants' counsel are limited to comment that the Claimants were denied a visa and therefore could not attend the trial.

3) The motion in limine to exclude documents in Mandarin that are not accompanied by a certified English translation (doc. 218) is **granted**.

4) The motion in limine to exclude testimony regarding Claimants' reasons for seeking immigration visas to the United States (doc. 219) is **carried to trial**.

5) The motion in limine to exclude testimony and evidence regarding Defendant Funds forfeited by the United States (doc. 220) is **moot**. Claimants stated that they did not intend to use this evidence at trial.

DONE and ORDERED this the 10th day of October 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE